IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MUNDEE M. HENDERSON, | § |
| Plaintiff, | § |
| VS. | § NO. 4:19-CV-716-P |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT AS TO CERTAIN CLAIMS

In accordance with the joint notice of settlement filed December 30, 2020, by Plaintiff, Mundee M. Henderson, and defendants U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust, and Servis One, Inc. d/b/a BSI Financial Services, Inc., (together, the "Settling Defendants"), no response having been filed to the Court's order of December 31, 2020,

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff's claims against the Settling Defendants be, and are hereby, dismissed with prejudice, each of these parties to bear her or its own court costs and attorneys' fees.

The Court determines that there is no just reason for delay in, and hereby, directs, entry of final judgment as to the dismissal of said claims.

SIGNED January 7, 2021.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE