IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MUNDEE M. HENDERSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:19-CV-716-P |
| § | |
| U.S. BANK TRUST NATIONAL § | |
| ASSOCIATION, AS TRUSTEE OF THE § | |
| IGLOO SERIES III TRUST, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with the notice of settlement filed January 7, 2021, by Plaintiff, Mundee M. Henderson, no response having been filed to the Court's order of January 7, 2021,

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff's claims against defendant 54 Group, LLC d/b/a Direct Services be, and are hereby, **DISMISSED WITH PREJUDICE**, each of these parties to bear her or its own court costs and attorneys' fees.

SIGNED January 11, 2021.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE